UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

|  |  |  |
|---|---|---|
| **VIETNAM VETERANS OF AMERICA CONNECTICUT GREATER HARTFORD CHAPTER 120, et al.** | ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civil Action No. 3:10-cv-01972 (AWT) |
| **U.S. DEPARTMENT OF DEFENSE, et al.** | ) ) ) | |
| Defendants. | ) ) | |

### MOTION FOR LEAVE FOR LAW STUDENT INTERN TO APPEAR

Plaintiffs respectfully request leave for Law Student Interns JESSICA MARSDEN and LISA WANG to appear in this matter on behalf of VIETNAM VETERANS OF AMERICA CONNECTICUT GREATER HARTFORD CHAPTER 120, VIETNAM VETERANS OF AMERICA, VIETNAM VETERANS OF AMERICA SOUTHERN CONNECTICUT CHAPTER 251, VIETNAM VETERANS OF AMERICA CONNECTICUT CHAPTER 270, and VIETNAM VETERANS OF AMERICA CONNECTICUT STATE COUNCIL under the supervision of MICHAEL WISHNIE and FIONA DOHERTY of the Jerome N. Frank Legal Services Organization, subject to the provisions of the District of Connecticut Local Rules of Civil Procedure 83.9.

Dated: December 7, 2012

Respectfully submitted,

*/s/ Michael J. Wishnie*
Michael J. Wishnie, ct 27221

Supervising Attorney
Jerome N. Frank Legal Services Organization
Veterans Legal Services Clinic
P.O. Box 209090
New Haven, CT 06520-9090
(203) 432-4800

## **CERTIFICATE OF SERVICE**

I hereby certify that, on December 7, 2012, a copy of foregoing Plaintiffs' Motion for Leave for Law Student Intern to Appear was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF system.

The following parties or counsel were served by electronic means:


Benjamin L. Berwick
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, NW, Room 6141
Washington, D.C. 20530
(202) 305-8573

                                        */s/ Michael J. Wishnie*
                                        Michael J. Wishnie, ct 27221
                                        Supervising Attorney
                                        Jerome N. Frank Legal Services Organization
                                        Veterans Legal Services Clinic
                                        P.O. Box 209090
                                        New Haven, CT 06520-9090
                                        (203) 432-4800