UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

FILED

2012 DEC 12  A 9: 23

| | |
|---|---|
| VIETNAM VETERANS OF AMERICA CONNECTICUT GREATER HARTFORD CHAPTER 120, et al.,<br><br>          Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF DEFENSE, UNITED STATES DEPARTMENT OF HOMELAND SECURITY, and UNITED STATES DEPARTMENT OF VETERANS AFFAIRS,<br><br>          Defendants. | Civil Action Nos.:<br>3:10-cv-1972(AWT)<br>3:11-cv-2009(AWT)<br><br>December 2, 2012 |

## ORDER

Based upon the Stipulation of the parties, Plaintiffs' claims against the Defendant U.S. Department of Homeland Security are DISMISSED WITH PREJUDICE as of the date of this order. The Court shall maintain jurisdiction of this matter solely to monitor the parties' compliance with the terms of this order.

SO ORDERED.

Dated: December 11, 2012

/s/ Alvin W. Thompson, USDJ
HON. ALVIN W. THOMPSON
UNITED STATES DISTRICT JUDGE

1